WILLIAM T. CHRISTY, Defendant in Error, v. JAMES M. MARTIEN, Plaintiff in Error.

*Error to Callaway Circuit Court.*

*C. H. Hardin*, for defendant in error.

*Thomas Ansell*, for plaintiff in error.

BAY, Judge, delivered the opinion of the court.

For the reasons given in the case of Morgan v. Martien, just decided by this court, the judgment in this case will be affirmed.